ORIGINAL



**FILED**

11/09/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0519

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## DA 21-0519

**FILED**

NOV 09 2022

Bowen Greenwood
Clerk of Supreme Court
State of Montana

STATE OF MONTANA,

    Plaintiff and Appellee,

v.

THOMAS JEFF RICHARDSON,

    Defendant and Appellant.

ORDER

Counsel for Appellant Thomas Jeff Richardson filed a motion and brief asking to be allowed to withdraw from this appeal on grounds that counsel has been unable to find any nonfrivolous issues to raise on appeal, pursuant to § 46-8-103(2), MCA, and *Anders* v. *California,* 386 U.S. 738, 87 S. Ct. 1396 (1967). This Court granted Richardson time to respond, but no response was filed.

The Court has now independently examined the record pursuant to § 46-8-103(2), MCA, and *Anders*. We conclude no arguments with potential legal merit can be raised Richardson's appeal.

Therefore,

IT IS ORDERED that this appeal is DISMISSED.

The Clerk is directed to provide copies of this Order to all counsel of record and to Richardson personally.

DATED this _____ day of November, 2022.

_____
Chief Justice

_____



Justices

Justice Laurie McKinnon did not participate in this matter.